UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUN FENTON and KATHERINE GADSBY,<br><br>       Plaintiffs,<br>   v.<br><br>AIMMUNE THERAPEUTICS, INC., GREG BEHAR, JAYSON DALLAS, PATRICK ENRIGHT, KATHRYN FALLBERG, BRETT HAUMANN, MARK IWICKI, MARK McDADE, and STACEY D. SELTZER,,<br><br>       Defendants. | Case No.: 20-cv-7907 |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs hereby voluntarily dismiss the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 4, 2021

**MOORE KUEHN, PLLC**

*/s/Justin Kuehn*
Justin A. Kuehn
Fletcher W. Moore
30 Wall Street, 8th floor
New York, New York 10005
Tel: (212) 709-8245
jkuehn@moorekuehn.com
fmoore@moorekuehn.com

*Attorneys for Plaintiff*